**Order filed October 4, 2011.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-00501-CV
_____

### DONALD G. WILHELM, Appellant

### V.

### FANNIE MAE AND JP MORGAN CHASE BANK NA, AND CHASE HOME FINANCE L.L.C., Appellees

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 55922**

## O R D E R

Appellant's brief was due August 15, 2011. On August 22, 2011, counsel for appellant advised the court of appellant's death and requested time to review the file and advise appellant's estate. As of this date, no motion to extend time to file appellant's brief has been filed. *See* Tex. R. App. P. 7.1(a).

If no brief or extension of time to file the brief is filed within **30 days** of the date of this order, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM